Herschel D. Stowell, Respondent, v. Pennsylvania Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Destruction of Useless Papers in the Office of the Clerk of Oneida County.— Matter referred to Charles D. Adams, attorney and counselor at law, residing at Utica, N. Y., to report to this court the facts with his recommendation thereon.

Jane La Grange, Appellant, v. Hattie La Grange and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

---

## FIRST DEPARTMENT, JUNE, 1912.*

JOHN F. MOORE, Appellant, v. NEW YORK CITY RAILWAY COMPANY, Respondent.

Appeal from an order of the Appellate Term, entered February 11, 1907.

PER CURIAM: We think there was a fair question for the jury. The case was fairly submitted and there was nothing to justify an appellate court in reversing the judgment, either for errors on the trial or as against the weight of evidence. The determination appealed from should, therefore, be reversed, with costs in this court and in the Appellate Term and the judgment of the Municipal Court affirmed. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ. Determination reversed, with costs in this court and in the Appellate Division, and judgment of Municipal Court affirmed.

---

FRANZ SADAN, Appellant, v. B. CRYSTAL & SON, Respondent.

Appeal from a judgment of the Supreme Court, entered October 13, 1911, dismissing the complaint.

PER CURIAM: We are of opinion that the evidence presented a question as to whether the negligence of the elevator boy in starting the elevator was not owing to his incompetency, of which the defendant had notice which should have been submitted to the jury. The judgment is, therefore, reversed and a new trial ordered, costs to appellant to abide event. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ.; Clarke and Dowling, JJ., dissented.

---

CLAUDIA T. WHEELER, Respondent, v. ALBERT G. WHEELER, JR., Appellant.

Appeal from a judgment of the Supreme Court, entered February 29, 1912, granting plaintiff a separation from defendant and awarding alimony.

PER CURIAM: The judgment appealed from is modified by reducing the amount of permanent alimony to $300 a month, with leave, however, to the plaintiff to move for a change in the amount of alimony upon proof of change in the defendant's circumstances. As so modified the judgment is affirmed, with costs to the respondent. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ.

*For other decisions of this term see *ante*, pages 928–943.